

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00063-CV

In the Interest of **Z.R.M.**, Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. No costs are assessed against appellant.

SIGNED July 8, 2015.

_____
Karen Angelini, Justice